IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No 13-cv-02290-RBJ

ENERGY ACUITY, LCC, a Colorado limited liability company,

    Plaintiff,

v.

METEOCONTROL NORTH AMERICA, INC.,

    Defendant.

## ORDER TO SHOW CAUSE

This matter comes before the Court upon review of the file. The Court notes that the plaintiff filed the complaint that opened this case on August 26, 2013. An executed summons reflecting service on the defendant's registered agent was filed with this Court on September 4, 2013. The returned summons is the most recent filing to date. The Court orders the plaintiff to show cause within 14 days as to why this case should not be dismissed for failure to prosecute.

DATED this 1st day of May, 2014.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
R. Brooke Jackson
United States District Judge